**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

MARTIN MOCTEZUMA, an individual,

    **Plaintiff**,

v.

ROYAL CREST DAIRY, LLC, a Colorado Limited Liability Corporation,

    **Defendant**.

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Royal Crest Dairy, LLC ("Defendant"), through undersigned counsel, hereby removes the above-captioned civil action to the United States District Court for the District of Colorado from the State of Colorado District Court for the County of Boulder, Colorado ("the State Court"), where the civil action is now pending. This Notice of Removal is based upon the following facts:

1. On or about March 4, 2022, the above-captioned action was commenced by Martin Moctezuma ("Plaintiff"), against Defendant in the State Court where the action is now pending.

2. Federal courts also have federal question subject matter jurisdiction to hear "all civil actions arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

3. As demonstrated below, this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because the Complaint, on its face, raises issues arising under federal law, specifically the

Families First Coronavirus Response Act ("FFCRA"), 29 U.S. C. § 2601, *et seq.* and 28 U.S. C. § 2901, *et seq.,* both as amended by Pub. L. No. 116-127, 134 State. 178 (Mar. 18, 2020).

4. This Notice of Removal is being filed with this Court within thirty (30) days after Defendant first received, through service or otherwise, a copy of a pleading, amended pleading, motion, order, or other paper from which it could first ascertain that the action against it was removable.

5. On March 4, 2022, Plaintiff filed the action in the State Court. A copy of the Complaint and Jury Demand ("Complaint") is attached as **Exhibit A**.

6. On March 17, 2022, Defendant's counsel accepted service of the Complaint. The Acceptance and Waiver of Service form is attached hereto as **Exhibit B**.

7. The first and second Claims for Relief in the Complaint raise questions arising under federal law. *See* **Exhibit A.**

8. All other documents and pleadings that have been filed in the State Court action are attached as **Exhibit C.**

9. The time by which Defendant must file an answer or responsive pleading under Fed. R. Civ. P. 81(c)(2) has not expired.

10. Therefore, pursuant to 28 U.S.C. § 1441, the action is removable to this Court as the Federal District for the district embracing Boulder, Colorado, the place in which the State Court action is pending.

11. In filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

12. Promptly after the filing of this Notice of Removal, Defendant will provide notice of the removal to Plaintiff and to the Clerk of the State Court, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully submits that this Notice of Removal complies with the statutory removal requirements and respectfully requests that the State Court action now proceeding against it be removed from the State Court to this Court, that this action proceed in this Court as a properly removed action, and that Defendant have such other and further relief as this Court deems just. Defendant demands a trial by jury.

Respectfully submitted this 4th day of April 2022.

S/ Dana L. Eismeier
Dana L. Eismeier (#14379)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:    303-796-2626
Fax Number:      303-796-2777
E-mail:          deismeier@bfwlaw.com


S/ Adrienne C. Scheffey
Adrienne C. Scheffey (#48668)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:    303-796-2626
Fax Number:      303-796-2777
E-mail:          ascheffey@bfwlaw.com

**Attorneys for Defendant**
**Royal Crest Dairy, LLC**

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of April 2022, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Benjamin DeGolia, Esq.
Iris Halpern, Esq.
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205

      S/ Adrienne C. Scheffey
Adrienne C. Scheffey (#48668)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:    303-796-2626
Fax Number:        303-796-2777
E-mail:                  ascheffey@bfwlaw.com

**Attorneys for Defendant**
**Royal Crest Dairy, LLC**