| ☒ District Court ☐ Denver Juvenile Court | |
|---|---|
| Boulder County, Colorado | |
| Court Address: 1777 6th St., Boulder, Colorado 80302 | |
| In the Interest of:<br><br>Petitioner: MARTÍN MOCTEZUMA<br><br>v.<br><br>Respondents: ROYAL CREST DAIRY, INC. | ▲   COURT USE ONLY   ▲ |
| Attorney or Party Without Attorney (Name and Address):<br><br>ROYAL CREST DAIRY, INC., c/o Burns, Figa & Will, 6400 S. Fiddlers Green Circle, Suite 1000, Greenwood Village, CO 80111 | Case Number: 2022CV30142 |

## WAIVER OF SERVICE

I, ___ROYAL CREST DAIRY INC. c/o BURNS, FIGA & WILL___, accept service on _March 17, 2022_ (date) of the Summons and Verified Petition in this case, having received a copy of each.

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the _17th_ day of _March_, _2022_
                      (date)           (month)          (year)

_Greenwood Village     CO_
(city or other location, and state OR country)

| _Dan C. Ernsider_ | _[signature]_ | _3/17/22_ |
|---|---|---|
| Printed name of Respondent | Signature of Respondent | Date |
| _Greenwood_ | _Village      CO_ | _8-14_ |
| City | State | Zip Code |
| _303 796 2626_ | | |
| Home Phone | Cell Phone | |

_office_

JDF 1502(a) R4/20   WAIVER OF SERVICE

**EXHIBIT B**