☐ **FORM 1.2. DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT AND JURY DEMAND**

DATE FILED: March 7, 2022 1:01 PM
FILING ID: DDD159D5A52C3
CASE NUMBER: 2022CV30142

| | |
|---|---|
| District Court __Boulder__ County, Colorado<br>Court Address:<br>1777 6th St.<br>Boulder, CO 80302<br><br>Plaintiff(s): Martin Moctezuma, an individual,<br>v.<br>Defendant(s): Royal Crest Dairy, Inc. | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address):<br>Benjamin DeGolia and Iris Halpern, Rathod \| Mohamedbhai LLC, 2701 Lawrence St., Suite 100 Denver, CO 80205<br>Phone Number: 303-578-4400   E-mail: bd@rmlawyers.com, ih@rmlawyers.com<br>FAX Number: 303-578-4401   Atty. Reg. #: 55737, 53112 | Case Number:<br><br>2022CV30142 |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT,**<br>**COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT**<br>**AND JURY DEMAND** | |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR),, Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

   ☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

   ☒ This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

   By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

   **Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.  ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**Date:** 3/7/2022                             *s/ Martin Moctezuma*
                                               **Signature of Party**

**Date:** 3/7/2022                             *s/ Benjamin DeGolia*
                                               **Signature of Attorney for Party (if any)**

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.

| District Court, __Boulder_____County, Colorado<br>Court Address:<br>  1777 6th St.<br>  Boulder, CO 80302<br><br>Plaintiff    Martin Moctezuma,<br><br>v.<br><br>Defendant   Royal Crest Dairy, Inc. | DATE FILED: March 7, 2022 1:01 PM<br>FILING ID: DDD159D5A52C3<br>CASE NUMBER: 2022CV30142<br><br>▲   **COURT USE ONLY**   ▲<br><br>Case Number: 2022CV30142<br><br>Division: 5    Courtroom: |
|---|---|
| **DISTRICT COURT CIVIL SUMMONS** ||

**TO THE ABOVE NAMED DEFENDANT:** ___Royal Crest Dairy, Inc._____

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court an answer or other response to the attached Complaint.  If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you.  If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you.  Your answer or counterclaim must be accompanied with the applicable filing fee.

If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

Dated: __3/7/2022_____

_____
Clerk of Court/Clerk

*s/ Martin Moctezuma*
_____
Signature of Plaintiff

c/o Rathod Mohamedbhai LLC
_____
Address of Plaintiff

2701 Lawrence St., Suite 100, Denver, CO 80205
_____
303-578-4400
_____
Plaintiff's Phone Number

**This Summons is issued pursuant to Rule 4, C.R.C.P., as amended. A copy of the Complaint must be served with this Summons. This form should not be used where service by publication is desired.**

**WARNING:**  A valid summons may be issued by a lawyer and it need not contain a court case number, the signature of a court officer, or a court seal.  The plaintiff has 14 days from the date this summons was served on you to file the case with the court.  You are responsible for contacting the court to find out whether the case has been filed and obtain the case number.  If the plaintiff files the case within this time, then you must respond as explained in this summons.  If the plaintiff files more than 14 days after the date the summons was served on you, the case may be dismissed upon motion and you may be entitled to seek attorney's fees from the plaintiff.

TO THE CLERK: If the summons is issued by the clerk of the court, the signature block for the clerk or deputy should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

JDF 600   R10-13     DISTRICT COURT CIVIL SUMMONS

| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY<br>STATE OF COLORADO<br>1777 6th St.<br>Boulder, CO 80302 | DATE FILED: March 7, 2022 1:01 PM<br>FILING ID: DDD159D5A52C3<br>CASE NUMBER: 2022CV30142 |
| **MARTIN MOCTEZUMA**, an individual<br><br>          Plaintiff,<br><br>v.<br><br>**ROYAL CREST DAIRY, Inc.**<br><br>           Defendant. | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiffs:*<br><br>Benjamin DeGolia, # 55737<br>Iris Halpern, # 53112<br>Rathod ǀ Mohamedbhai LLC<br>2701 Lawrence Street, Suite 100<br>Denver, CO 80205<br>(303) 578-4400 (t) / (303) 578-4401 (f)<br>bd@rmlawyers.com<br>ih@rmlawyers.com | Case No: 2022CV30142<br>Division: 5<br>Courtroom: |
| **NOTICE THAT C.R.C.P. 16.1 SIMPLIFIED PROCEDURE DOES NOT APPLY** | |

Simplified Procedure under C.R.C.P. 16.1 is intended to be a less expensive and faster method of handling civil cases and applies where amount sought against each party is $100,000.00 or less. *See* C.R.C.P. 16.1(c). In this case, C.R.C.P. 16.1 does NOT apply because Plaintiff seeks a monetary judgment over $100,000 against Defendants collectively.

This Notice is being filed with the Court no later than the time provided by C.R.C.P. 16.1(d).

IT IS UNDERSTOOD THAT ONCE THIS NOTICE IS FILED WITH THE COURT, THE SIMPLIFIED PROCEDURE OF C.R.C.P. 16.1, CASE MANAGEMENT AND TRIAL MANAGEMENT WILL NOT APPLY TO THIS CASE.

This Notice must be signed by the party and, if represented, by the attorney.

Date: 3/7/2022	*s/ Martin Moctezuma*
	Signature of Party

Date: 3/7/2022	*s/ Benjamin DeGolia*
	Signature of Attorney for Plaintiff

*In accordance with C.R.C.P. 121 §1-26(7), a printed copy of this document with original signatures is being maintained by the filing party and will be made available for inspection by other parties or the court upon request.*