**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00809-STV

---

MARTIN MOCTEZUMA, an individual,

    **Plaintiff**,

v.

ROYAL CREST DAIRY, LLC, a Colorado Limited Liability Corporation,

    **Defendant**.

---

## ENTRY OF APPEARANCE

---

    Dana L. Eismeier, Esq., of the law firm of Burns, Figa & Will, P.C., hereby enters his appearance on behalf of Defendant Royal Crest Dairy. LLC.

    Respectfully submitted this 6th day of April, 2022.

                                          S/ Dana L. Eismeier
                                          Dana L. Eismeier (#14379)
                                          BURNS, FIGA & WILL, P.C.
                                          6400 S. Fiddler's Green Circle, Suite 1000
                                          Greenwood Village, CO  80111
                                          Phone Number:   303-796-2626
                                          Fax Number:     303-796-2777
                                          E-mail:           deismeier@bfwlaw.com

                                          **Attorney for Defendant
                                          Royal Crest Dairy, LLC**

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Benjamin DeGolia, Esq.
Iris Halpern, Esq.
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205

S/ Dana L. Eismeier
Adrienne C. Scheffey (#48668)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:	303-796-2626
Fax Number:	303-796-2777
E-mail:	ascheffey@bfwlaw.com

**Attorneys for Defendant**
**Royal Crest Dairy, LLC**