**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-00809-STV

---

MARTIN MOCTEZUMA, an individual,

    **Plaintiff**,

v.

ROYAL CREST DAIRY, LLC, a Colorado Limited Liability Corporation,

    **Defendant**.

---

**STIPULATION FOR ENLARGEMENT OF TIME**

---

Defendant, Royal Crest Dairy, LLC ("Royal Crest"), by and through undersigned counsel and pursuant to D.C.COLO. LCivR 6.1(a), hereby stipulate to a 21-Day extension of time to respond to Plaintiff's Complaint and Jury Demand, and, in support thereof, states as follows:

1. Royal Crest timely removed this action on April 5, 2022.

2. Pursuant to Fed. R. Civ. P 81(c)(2)(C), Royal Crest's answer or responsive pleading is currently due on April 11, 2022.

3. Pursuant to D.C.COLO. LCivR 6.1(a), the parties have stipulated to a 21-day extension of time to answer or otherwise respond to the Complaint.

4. No other extensions of time have been granted in this matter.

5. Accordingly, the new deadline for Royal Crest to file its answer or responsive pleading is **May 2, 2022**.

Respectfully submitted this 6th day of April, 2022.

S/ Iris Halpern
Iris Halpern (#53112)
Benjamin DeGolia (#55737)
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
Phone Number:    (303) 578-4400
Fax Number:        (303) 578—4401
E-mail:                 ih@rmlawyers.com
                             bd@rmlawyers.com

**Attorneys for Plaintiff**
**Martin Moctezuma**

S/ Dana L. Eismeier
Dana L. Eismeier (#14379)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:    303-796-2626
Fax Number:        303-796-2777
E-mail:                 deismeier@bfwlaw.com

S/ Adrienne C. Scheffey
Adrienne C. Scheffey (#48668)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:    303-796-2626
Fax Number:        303-796-2777
E-mail:                 ascheffey@bfwlaw.com

**Attorneys for Defendant**
**Royal Crest Dairy, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2022, I electronically filed the foregoing **STIPULATION FOR ENLARGEMENT OF TIME** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following or deposited a copy of the filing in the United States mail, postage prepaid, addressed as follows:

Benjamin DeGolia, Esq.
Iris Halpern, Esq.
Rathod | Mohamedbhai LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205

 S/ Adrienne C. Scheffey
Adrienne C. Scheffey (#48668)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone Number:   303-796-2626
Fax Number:   303-796-2777
E-mail:   ascheffey@bfwlaw.com

**Attorneys for Defendant**
**Royal Crest Dairy, LLC**