IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00809

MARTIN MOCTEZUMA,

    Plaintiff,

v.

ROYAL CREST DAIRY, LLC

    Defendants.

___

**ENTRY OF APPEARANCE**
___

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Martin Moctezuma.

    DATED at Denver, Colorado on this 6th day of April 2022.

                                  RATHOD | MOHAMEDBHAI LLC

                                  *s/ Iris Halpern*
                                  Iris Halpern
                                  2701 Lawrence Street, Suite 100
                                  Denver, Colorado 80205
                                  (303) 578-4400
                                  ih@rmlawyers.com
                                  *Attorney for Plaintiff*