IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00809

MARTIN MOCTEZUMA,

    Plaintiff,

v.

ROYAL CREST DAIRY, LLC

    Defendants.

___

**ENTRY OF APPEARANCE**
___

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Martin Moctezuma.

    DATED at Denver, Colorado on this 6th day of April 2022.

    RATHOD | MOHAMEDBHAI LLC

    *s/ Benjamin DeGolia*
    Benjamin DeGolia
    2701 Lawrence Street, Suite 100
    Denver, Colorado 80205
    (303) 578-4400
    bd@rmlawyers.com
    *Attorney for Plaintiff*

1