IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 22-cv-00809-STV | Date: May 13, 2022 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                        *Counsel:*

MARTIN MOCTEZUMA,                                  Benjamin DeGolia

   Plaintiff,

v.

ROYAL CREST DAIRY, LLC,                           Dana Eismeier
                                                                         Adrienne Scheffey

   Defendant.

## COURTROOM MINUTES

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 11:29 a.m.**
Court calls case. Appearances of counsel.

This hearing is before the Court to set a settlement conference. The Court has availability in the morning or afternoon on August 4, 5, and 19 and September 6 and 7. Counsel shall confer and jointly contact chambers with to advise of the selected date.

HEARING CONCLUDED.
**Court in recess: 11:47 a.m.**
Total time in court: 00:18

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.